United States District Court
Southern District of Texas
ENTERED

JUN 1 7 2005

Michael N. Milby, Clerk
Laredo Division

U.S. MAGISTRATE COURT
MCN - SDTX
FILED   LD
JUN 1 5 2005
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | DOCKET NO. L-01-CR-1098-01 |
| Raul Ramirez-Guzman | § | |

## ORDER APPOINTING PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above designated case.

If appointment is made by a Magistrate Judge and the case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

_____
MARCEL C. NOTZON
UNITED STATES MAGISTRATE JUDGE

DATE: 6/15/05

CHARGE:   SUPERVISED RELEASE VIOLATION